No. 289, Misc.   IN RE WILLIAMS.   Court of Criminal Appeals of Oklahoma.   Certiorari denied.   Petitioner *pro se.   Mac Q. Williamson,* Attorney General of Oklahoma, and *Sam H. Lattimore,* Assistant Attorney General, for respondent.

No. 347, Misc.   KING *v.* CARMICHAEL ET AL.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.   Andrew J. Transue,* for respondents.

No. 373, Misc.   COOPER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 383, Misc.   BELTOWSKI *v.* MINNESOTA.   Supreme Court of Minnesota.   Certiorari denied.

No. 392, Misc.   KIRKSEY *v.* CLEMMER ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Acting Assistant Attorney General Ryan* and *Harold H. Greene* for respondents.

No. 401, Misc.   DANIEL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 435, Misc.   NELSON *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.